

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ALEJANDRO IBARRA<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:18-MJ-00093-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u> , IT IS ORDERED that a detention hearing is set for <u>Friday, March 9</u> , <u>2018</u> , at <u>2:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Jay C. Gandhi</u> , in Courtroom <u>6A</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

(Other custodial officer)

Dated: ____<u>March 7, 2018</u>____

_____
Jay C. Gandhi, U.S. Magistrate Judge