

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:18-MJ-00093-2 |
| v. | |
| ALEJANDRO IBARRA | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for __Friday, March 9_____, __2018_____, at __2:00_____ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ____March 7, 2018_____        _____
                                        Jay C. Gandhi, U.S. Magistrate Judge