# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:18-cr-00087-DMG | Date | June 20, 2018 |
| Title | United States of America v. Alejandro Ibarra | | |

**Present: The Honorable** John D. Early, United States Magistrate Judge

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Maria Barr | CourtSmart |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| Assistant U.S. Attorney Daniel Lim | H. Dean Steward, Specially Appearing for Correen Wiley Ferrentino (CJA Panel) |

**Proceedings:** (In Chambers) Order of Detention after Hearing Under 18 U.S.C. §3148(b)

    Defendant Alejandro Ibarra ("Defendant"), represented by counsel specially appearing on behalf of counsel previously appointed, appeared after being taken into custody on an arrest warrant issued by United States Magistrate Judge Patrick J. Walsh on a petition alleging several violations of the terms and conditions of Defendant's pretrial release. The Court conducted a hearing on the alleged violations on June 20, 2018.

    Based on the information presented at the hearing and the absence of evidence or argument to the contrary, the Court finds that there is: (1) probable cause to believe that on or about May 11, 2018, Defendant committed a Federal, State, or local crime while on release, that is, Infliction of a Corporal Injury upon a Spouse/Cohabitant, in violation of California Penal Code § 273.5(A), to which Defendant pleaded guilty on or about May 16, 2018 in Orange County Superior Court Case. No. 18CM05432; and (2) clear and convincing evidence that Defendant violated the conditions of his release; specifically, by using and possessing illegal drugs or state-authorized marijuana and by failing to submit to drug testing as directed by Pretrial Services.

    The Court also finds that based on the record before it, including the underlying complaint and supporting affidavit, the Indictment, the Pretrial Services Report and Recommendation, the Petition for Action on Conditions of Pretrial Release and related correspondence, that Defendant is not likely to abide by any condition or combination of conditions of release.

    Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant shall be detained pending further proceedings in this matter.

    Initials of Clerk:   mba